PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court

## For The

### District of New Jersey

UNITED STATES OF AMERICA

V.   Crim. No. 02-00451-01

Claude Howe

On October 27, 2003, the above named was placed on supervised release for a period of three years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release, upon submission of required DNA sample.

Respectfully submitted,

Senior U.S. Probation Officer  
Edwin Vazquez

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 26th Day of May, 2005.

United States District Judge